IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD J. PINKSTON, JR., )<br>AIS # 296755, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>JOHN WILLIAMS, )<br>  )<br>Defendant. ) | CASE NO.  2:15-CV-029-WKW |

## **ORDER**

On June 12, 2015, the Magistrate Judge filed a Recommendation (Doc. # 18), to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Defendant John Williams's Motion to Dismiss (Doc. # 16) is GRANTED, and that this case is DISMISSED with prejudice in light of Plaintiff's failure to exhaust administrative remedies available to him in accordance with 42 U.S.C. § 1997e(a).

A separate final judgment will be entered.

DONE this 13th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE